**Fill in this information to identify the case:**

Debtor 1: Mark Phillips Pitts

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-00802

Official Form 410S1

# Notice of Mortgage Payment Change                                                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark National Bank

**Court claim no. (if known):** _____

**Last 4 digits** of any number you use to identify the debtor's account: 6 7 5 8

**Date of payment change:** Must be at least 21 days after date of this notice: 08/01/2025

**New total payment:** Principal, Interest, and escrow, if any    $ 1,299.77

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 220.52        New escrow payment: $ 268.50

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1 __Mark__ __Phillips__ __Pitts__   Case number (if known) __25-00802__
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _[signature]_   Date __06/24/2025__
Signature

Print: __John__ ____ __Montgomery__   Title __Bankruptcy Analyst__
First Name   Middle Name   Last Name

Company __Trustmark National Bank__

Address __P.O. Box 522__
Number   Street

__Jackson__   __MS__ __39205__
City   State   ZIP Code

Contact phone __601-208-4979__   Email _____

ANALYSIS/REVIEW - PROJECTION STATEMENT  376    6/24/2025  12:58:25 PM ET   PFSP342

| | | | | |
|---|---|---|---|---|
| Account No | Statement: Type | ANNUAL | Date | 06/16/25 |
| SHORTAGE WAS SPREAD | BKR | | | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 2542.04 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 211.83 | Cushion   C-1/6 | 423.66 |
| Cycle | 08/01/25 - 07/31/26 | RESPA Max 1/6 Cushion | 423.66 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1251.79 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 04/26 | Anticipated Bal | -256.43   Required Bal | 423.66 |
| SHORTAGE  -680.09 | DEFICIENCY  .00 | | |
| Current Escrow Shortage | -680.09 | Percentage of Change | 21.7576% |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | No |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 08/01/25 - |
|---|---|---|
| 1031.27 | PRINCIPAL & INTEREST | 1031.27 |
| 220.52 | ESCROW | 211.83 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | 56.67 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| 1251.79 | TOTAL BORROWER PAYMENT | 1299.77 |

Message:                                                                OK                                                            MORE...

ANALYSIS/REVIEW - PROJECTION STATEMENT  376    6/24/2025 12:58:44 PM ET   PFSP344

```
+----------------------------Trial   Balance  Detail  ----------------------------+
|   -- To Escrow --            -- From Escrow  --        ---- Escrow Balance ---- |
|  Month     Antciptd   Cpindex    Antciptd      Desc        ANTCIPTD    Required |
|                                STARTING BALANCE =>        379.14     1059.23    |
|  08/25      211.83      .00        .00                    590.97     1271.06    |
|  09/25      211.83      .00        .00                    802.80     1482.89    |
|  10/25      211.83      .00        .00                   1014.63     1694.72    |
|  11/25      211.83      .00        .00                   1226.46     1906.55    |
|  12/25      211.83      .00        .00      COUNTY       1438.29     2118.38    |
|  01/26      211.83      .00        .00                   1650.12     2330.21    |
|  02/26      211.83      .00        .00                   1861.95     2542.04    |
|  03/26      211.83      .00        .00                   2073.78     2753.87    |
|  04/26      211.83      .00      2542.04     HAZARD      -256.43      423.66    |
|  05/26      211.83      .00        .00                    -44.60      635.49    |
|  06/26      211.83      .00        .00                    167.23      847.32    |
|  07/26      211.83      .00        .00                    379.06     1059.15    |
|                                                                                 |
|                                                                                 |
+---------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                          OK                           BOTTOM

## CERTIFICATE OF SERVICE

I, John Montgomery, do hereby certify that I have this 24th day of June, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

Torri Parker Martin, Chapter 13 Trustee
tpm@tpmartinch13.com

John Montgomery
P.O. Box 522
Jackson, MS 39205

Mark Phillips Pitts
1350 Cherry Grove Rd
Crystal Springs, MS 39059

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com