United States Bankruptcy Court
Southern District of Mississippi

In re:  
Mark Phillips Pitts  
    Debtor

Case No. 25-00802-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 3  
Date Rcvd: Jul 08, 2025      Form ID: n031      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Phillips Pitts, 1350 Cherry Grove Rd, Crystal Springs, MS 39059-9604 |
| 5490749 | + | Click Lease, 221 Main St, Ste 155, San Francisco, CA 94105-1906 |
| 5490751 | + | Ferguson Federal Credit Union, 1026 E Broad St, Monticello, MS 39654-7702 |
| 5504372 | | John S. Simpson, MSB No. 8525, Simpson Law Firm PA, for Ferguson Federal Credit Union, P.O. Box 2058, Madison, MS 39130-2058 |
| 5490753 | + | Kendra Pitts, 1350 Cherry Grove Rd, Crystal Springs, MS 39059-9604 |
| 5490759 | + | Russ Darrow Leasing, W133N8569 Executive Pk, Menomonee Fal, WI 53051-3344 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcynotices@trustmark.com | Jul 08 2025 19:36:00 | Trustmark National Bank, Special Assets, P.O. Box 522, Jackson, MS 39205 |
| 5490748 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 08 2025 19:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5518385 | | Email/PDF: bncnotices@becket-lee.com | Jul 08 2025 19:40:01 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5490750 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 08 2025 19:40:05 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5490752 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 08 2025 19:40:04 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5519270 | + | Email/Text: bankruptcy@towerloan.com | Jul 08 2025 19:36:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5490754 | ^ | MEBN | Jul 08 2025 19:31:59 | Kubota Credit Corp, Attn: Bankruptcy, P.O. Box 2046, Grapevine, TX 76099-2046 |
| 5514394 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Jul 08 2025 19:36:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5509477 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 08 2025 19:40:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5490755 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 08 2025 19:36:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5512838 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 08 2025 19:36:00 | NAVY FEDERAL CREDIT UNION, P.O.BOX 3000, MERRIFIELD, VA 22119-3000 |
| 5490756 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jul 08 2025 19:36:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5490757 | + | Email/PDF: cbp@omf.com | Jul 08 2025 19:40:00 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |
| 5496247 | | Email/PDF: cbp@omf.com | Jul 08 2025 19:40:07 | OneMain Financial Group, LLC, OneMain, PO |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: n031 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 3251, Evansville, IN 47731-3251 |
| 5516146 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 08 2025 19:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5490758 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 08 2025 19:36:00 | Regional Finance, Attn: Bankruptcy, 979 Batesville Rd, Ste B, Greer, SC 29651-6819 |
| 5491205 | + | Email/Text: bankruptcy@regionalmanagement.com | Jul 08 2025 19:36:00 | Regional Management Corporation, 979 Batesville Road, Suite B, GREER SC 29651-6819 |
| 5490760 | + | Email/Text: bankruptcy@bbandt.com | Jul 08 2025 19:36:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 5496586 | + | Email/Text: bankruptcy@bbandt.com | Jul 08 2025 19:36:00 | Sheffield Financial, a division of Truist Bank, Bankruptcy Section/100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5490761 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 08 2025 19:40:07 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5517436 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2025 19:40:07 | Synchrony Bank Department, AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5519386 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 08 2025 19:40:04 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5490762 | | Email/Text: bankruptcy@towerloan.com | Jul 08 2025 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5490763 | | Email/Text: bankruptcynotices@trustmark.com | Jul 08 2025 19:36:00 | Trustmark National, Attn: Bankruptcy, 248 East Capital St, Jackson, MS 39201 |
| 5490764 | | Email/Text: bknotice@upgrade.com | Jul 08 2025 19:36:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5490766 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 08 2025 19:36:00 | USAA Federal, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 5506766 | + | Email/Text: RASEBN@raslg.com | Jul 08 2025 19:36:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane &, Partners, PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 5490765 | + | Email/Text: LCI@upstart.com | Jul 08 2025 19:36:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5493726 | ^ | MEBN | Jul 08 2025 19:31:58 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ferguson Federal Credit Union |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 08, 2025 | Form ID: n031 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor Ferguson Federal Credit Union jsimpson@simpsonlawfirm.net rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Mark Phillips Pitts trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−00802−JAW
**Chapter:** 13

**In re:**

Mark Phillips Pitts
aka Mark P Pitts, aka Mark Pitts
1350 Cherry Grove Rd
Crystal Springs, MS 39059

---

### Notice of Entry of Order Confirming Plan

The Court entered an Order on July 8, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: July 8, 2025                                    Danny L. Miller, Clerk of Court