B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re:  
MARK PHILLIPS PITTS

Case No. 2500802

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC  
-------------------------------------------  
Name of Transferee

OneMain Financial Group, LLC  
-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 3  
Amount of Claim: $10,951.25  
Date Claim Filed: 04/09/2025

Phone: (877)829-8298  
Last Four Digits of Acct # : 6884

Phone:  
Last Four Digits of Acct #: 6884

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN FINANCIAL GROUP, LLC  
100 INTERNATIONAL DRIVE  
BALTIMORE MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct # : 6884

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams  
  -------------------------------------------  
    Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 2/23/2026

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# EXHIBIT A

## ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust;  ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, and ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust; ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████ .

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on January 14, 2026.

[SIGNATURE PAGE(S) FOLLOW]

## ASSIGNMENT AND BILL OF SALE

## SIGNATURE PAGE

SELLERS: ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, on behalf of themselves and as attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2019-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2020-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2021-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2022-S1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2023-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2024-1, a Delaware statutory trust, and ONEMAIN FINANCIAL ISSUANCE TRUST 2025-1, a Delaware statutory trust ONEMAIN FINANCIAL TERM FUNDING I, LLC, a Delaware statutory trust, and any other OneMain trusts that are created after this forward flow Agreement is executed.

| ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company | ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation |
|---|---|
| By: *Joe Orlando* (Signed by: 436151F75DE3463...) | By: *Joe Orlando* (Signed by: 436151F75DE3463...) |
| Name: Joseph M. Orlando | Name: Joseph M. Orlando |
| Title: Vice President, Managing Director | Title: Vice President, Managing Director |

BUYER: PORTFOLIO RECOVERY ASSOCIATES, LLC;
A Delaware limited liability company

By: *Leigh Bates* (DocuSigned by: 8A3D5D0818674CF...)

Name: Leigh Bates

Title: Authorized Signer