**Fill in this information to identify the case:**

Debtor 1   Mark Phillips Pitts

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN   District of Mississippi
(State)

Case number   25-00802

Official Form 410S1

# Notice of Mortgage Payment Change                         12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Trustmark Bank

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account:   6  7  5  8

Date of payment change:   08 / 01 / 26
Must be at least 21 days after date of this notice

New total payment:   $ 1,336.51
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 268.50        New escrow payment: $ 305.24

## Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3:   Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No
   ☐ Yes.

   Current HELOC payment:   $_____

   Reconciliation amount:   + $_____ or
   - $_____

Debtor 1    Mark    Phillips    Pitts                    Case number (if known) 25-00802
            First Name  Middle Name  Last Name

Amount of next payment (including reconciliation amount)          $_____

Amount of the new payment thereafter (without reconciliation amount)   $_____

## Part 4:    Other Payment Change

4. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _____     Date   6/26/26
   Signature

Print:   Tiffany          Smith                Title   Bankruptcy Analyst
         First Name   Middle Name   Last Name

Company   Trustmark Bank

Address   P.O. Box 522
          Number      Street
          Jackson                MS      39205
          City                   State   ZIP Code

Contact phone  ( 601 ) 208 - 4489          Email   tiffanysmith@trustmark.com

**ANALYSIS/REVIEW - PROJECTION STATEMENT  376   6/26/2026  12:37:12 PM ET   PFSP342**

| | | | | | |
|---|---|---|---|---|---|
| Account No | ⌐ | Statement: Type | ANNUAL | Date | 06/15/26 |
| SHORTAGE WAS SPREAD | | BKR | | | |

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 3005.85 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 250.48 | Cushion    C-1/6 | 500.96 |
| Cycle        08/01/26  - 07/31/27 | | RESPA Max 1/6 Cushion | 500.96 |
| Analysis Parameter Review | No ⌄ | Loan Status Review | No ⌄ |
| Anticipated Escrow Balance Detail | No ⌄ | Current PITI | 1299.77 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 04/27 | Anticipated Bal | -156.24 | Required Bal        500.96 |
| SHORTAGE     -657.20 | DEFICIENCY        .00 | | |
| Current Escrow Shortage        -657.20 | | Percentage of Change | 13.6834% |
| EA Shortage Spread Used        12 | | View Trial Balance Detail | No ⌄ |

```
  ---- OLD ----    ------ PAYMENT DETAIL ------   --- NEW EFF 08/01/26 -
        1031.27    PRINCIPAL & INTEREST               1031.27
         268.50    ESCROW                              250.48
            .00    OPTIONAL INS                           .00
            .00    ANCILLARY                              .00
            .00    SHORTAGE                             54.76
            .00    DEFICIENCY                             .00
            .00    SURPLUS                                .00
            .00    ROUNDING   (+/ -)                      .00
            .00    BUYDOWN/ASST PMT                       .00
            .00    PS MOPR AMT                            .00
        1299.77    TOTAL BORROWER PAYMENT             1336.51
```

Message:                                    OK                         MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT  376    6/26/2026  12:37:08 PM ET    PFSP344**

```
+---------------------------Trial    Balance   Detail  ----------------------------+
```

| | -- To Escrow -- | | -- From Escrow -- | | ---- Escrow Balance ---- | |
|---|---|---|---|---|---|---|
| Month | Antciptd | Cpindex | Antciptd | Desc | ANTCIPTD | Required |
| | | | STARTING BALANCE => | | 595.29 | 1252.49 |
| 08/26 | 250.48 | .00 | .00 | | 845.77 | 1502.97 |
| 09/26 | 250.48 | .00 | .00 | | 1096.25 | 1753.45 |
| 10/26 | 250.48 | .00 | .00 | | 1346.73 | 2003.93 |
| 11/26 | 250.48 | .00 | .00 | | 1597.21 | 2254.41 |
| 12/26 | 250.48 | .00 | .00 | COUNTY | 1847.69 | 2504.89 |
| 01/27 | 250.48 | .00 | .00 | | 2098.17 | 2755.37 |
| 02/27 | 250.48 | .00 | .00 | | 2348.65 | 3005.85 |
| 03/27 | 250.48 | .00 | .00 | | 2599.13 | 3256.33 |
| 04/27 | 250.48 | .00 | 3005.85 | HAZARD | -156.24 | 500.96 |
| 05/27 | 250.48 | .00 | .00 | | 94.24 | 751.44 |
| 06/27 | 250.48 | .00 | .00 | | 344.72 | 1001.92 |
| 07/27 | 250.48 | .00 | .00 | | 595.20 | 1252.40 |

```
+----------------------------------------------------------------------------+
----
```

Message:   CLICK RETURN TO EXIT                          OK                          BOTTOM

**CERTIFICATE OF SERVICE**

I, Tiffany Smith, do herby certify that I have this 26th day of June, 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice   and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Torri Parker Martin**

tpm@tpmartinch13.com

**Tiffany Smith**

P.O. Box 522

Jackson, MS 39205

**Mark Phillips Pitts**
1350 Cherry Grove Rd
Crystal Springs, MS 39059

**Thomas Carl Rollins, Jr**
trollins@therollinsfirm.com